1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  ALEXANDER P. GUILMARTIN, ESQ.
   California Bar No. 306787
3  **BAY AREA CRIMINAL LAWYERS, PC**
4  300 Montgomery Street, Suite 660
   San Francisco, CA 94104
5  Telephone: (415) 398-3900

6

7  Attorneys for Defendant **Cole Evan White**

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

| UNITED STATES OF AMERICA, | Case No. 4:18-mj-71386-MAG |
|---|---|
| Plaintiff, | **EXHIBIT TO MR. WHITE'S BRIEF ON 18 U.S.C. §3141 ET SEQ. AND DETENTION HEARINGS** |
| v. | |
| COLE EVAN WHITE, | Date: October 10, 2018<br>Time: 9:30 a.m.<br>Ctrm.: 4 |
| Defendant. | |

Exhibit to Mr. White's Brief on 18 U.S.C. §3141 et seq. and Detention Hearings
*U.S. v. White;*
Case No. 4:18-mj-71386-MAG

1

4.  **RIOTING**

        18 U.S.C. § 231
        18 U.S.C. § 2101
        Also See Statutory Index

§K241. <u>**Engaging In, Inciting, or Attempting to Incite a Riot**</u>.  The base offense level is **7** to **13**, depending upon the number of persons involved, the danger presented to public safety, and the extent of resulting community disruption.

*Commentary*

  *Section K241 refers to conduct proscribed by 18 U.S.C. §§ 231 and 2101.  The conduct addressed by these provisions is punishable by a maximum term of five years imprisonment.  Data limitations preclude an estimate of current practices in sentencing, and the presumptive parole guidelines do not address these offenses.  The range of base offense levels is intended to reflect the broad scope of activities encompassed by 18 U.S.C. §§ 231 and 2101.  The minimum of the range is intended to assure minimal incarceration for any active participation.  The maximum results in a substantial sentence in cases of serious disruption.  Conduct resulting in death, physical injury, or property damage should be addressed under Part Y, General Provisions.  Rioting misconduct that occurs in a federal facility for official detention is addressed in Part P, Offenses Involving Prisons and Correctional Facilities.*